JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ORA STONER, | ) | Case No.: 8:09-cv-00452-JVS-AN |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO DISMISS WITH PREJUDICE** |
| COAST PROFESSIONAL, INC., | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' filed stipulation, the Court hereby orders, as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed without prejudice.

2. The parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: July 07, 2009

_____
The Honorable James V. Selna
United States District Judge